NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLIFFORD S. TUROCY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7008

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3078, Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellant's unopposed motion to stay the briefing schedule in this case pending disposition of 2011-7157,

IT IS ORDERED THAT:

The motion is granted. The parties in this appeal are directed to inform this court within 14 days of this court's

issuance of the mandate in 2011-7157 concerning how they believe that this appeal should proceed. A copy of this order shall be transmitted to the merits panel assigned to 2011-7157, to inform that panel of this related appeal. The revised official caption is reflected above.

FOR THE COURT

__DEC 2 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    James R. Sweet, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2011

JAN HORBALY
CLERK